August 13, 2004

FINANCIAL DISCLOSURE OFFICE  Aug 20  10 51 AM '04  RECEIVED

Committee on Financial Disclosure
Administration Office of the United
    States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
Attn: Mary M. Lisi

RE:    2003 Judicial Financial Disclosure Report

Dear Judge Lisi:

In response to your letter of July 27, 2004 regarding the above, please take this letter as responsive to the comments you furnished to me. This letter is to be considered an amendment to my 2003 report:

1.    Part V, lines 1-3. The honorary membership in National Lawyers Club of Washington is not used at all and thus should not have been listed. The membership in Union League Club of Chicago is not an honorary membership and should not have been listed.

2.    Part VII, p. 1, lines 6-11 and p. 5 lines 2-11, please be advised that all of the securities were entirely disposed of during the reporting period and Column C should have been left blank, as you note. I simply supplied more information than was necessary.

3.    Part VII, p. 1, line 12 CISCO. My records show that I did disclose CISCO as an asset on my 2002 report, as item 13.

4.    Part VII, p. 1, line 16, Park Bank, in Column B(1) the income amount code is "A".

5.    Part VII, p. 3, Col. D(1) Medimmune. Column D(3) the value of Medimmune Code is "K".

6.    <u>Part VII, p. 5, line 11</u>, the complete name of the fund is "Federated Tax-Free Obligations Fd."

Please advise if you require further clarification.

Sincerely,



HON. JOHN L. COFFEY

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) COFFEY, JOHN L. | 2. Court or Organization 7th Circuit Court of Appeals | 3. Date of Report 5/6/04 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _X_ Annual  ___ Final | 6. Reporting Period 1-1-2003 to 12-31-2003 |
| 7. Chambers or Office Address Federal Building - Courthouse Room 619 Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| XX  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1 | Milwaukee County Pension Plan, City of Milwaukee Pension Plan |
| 2 | State of Wisconsin Employee Pension Plan |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1  2003 | Milwaukee County, City of Milwaukee, State of Wisconsin Pensions | $ 72,527 |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1  2003 | Self-employed artist-painter | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [XX] **NONE** (No such reportable reimbursements.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes these to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [XX] **NONE** (No such reportable gifts.) | | |
| Union League Club of Chicago and National Lawyers Club of | | $ |
| Washington, D.C. extend membership privileges to federal judges with | | $ |
| payment of partial dues. Services and facility use are charged. | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [XX] **NONE** (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 MICROSOFT CORP. | A | DIV | J | T | BOT | 1/22/03 | J | | |
| 2 NAMTAI ELECTRONICS INC. | A | DIV | J | T | BOT | 11/18/03 | J | | |
| 3 ST. JUDE MEDICAL INC. | A | DIV | J | T | BOT | 11/18/03 | J | | |
| 4 SANDISK CORP. | A | DIV | J | T | BOT | 11/18/03 | J | | |
| 5 WELLS FARGO & CO. | A | DIV | J | T | | | | | |
| 6 MEDCO HEALTH SOLUTIONS SPIN OFF OF MERCK | A | DIV | J | T | SLD REC | 8/19/03 8/01 | J | A | |
| 7 WEST BEND GEN OBLIG | A | INT | J | T | SLD | 11/1/03 | J | A | |
| 8 ISHRS NASDAQ BIOTECH INDEX | A | DIV | J | T | SLD | 1/22/03 | J | A | |
| 9 ISHRS DOW JONES U.S. TECH | A | DIV | J | T | SLD | 1/22/03 | J | A | |
| 10 BIOSITE INC. | A | DIV | J | T | BOT SLD | 7/9/03 11/18/03 | J | B | |
| 11 PIPER JAFFRAY COS. SPINOFF OF U.S. BANK CORP. | A | DIV | J | T | SLD | 2/4/04 | J | B | |
| 12 CISCO | A | DIV | J | T | | | | | |
| 13 GENERAL ELECTRIC CO. | A | DIV | J | T | | | | | |
| 14 JOHNSON & JOHNSON | A | DIV | J | T | | | | | |
| 15 JOHNSON CONTROLS | A | DIV | J | T | | | | | |
| 16 PARK BANK | | INT | J | T | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions)*

| (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 MERCK | A | DIV | K | T | | | | | |
| 2 PFIZER | A | DIV | L | T | | | | | |
| 3 MITCHELL BK. HOLDING | A | DIV | J | T | | | | | |
| 4 BROWN & CO. | A | INT DIV | J | T | | | | | |
| 5 FRMRLY ZURICK TAX EXEMPT MM SCUDDER | A | INT | K | T | | | | | |
| 6 NORTHWESTERN MUTUAL LIFE | B | INT | L | T | | | | | |
| 7 MASS. MUTUAL | B | INT | L | T | | | | | |
| 8 CISCO SYS. INC. | A | DIV | L | T | | | | | |
| 9 CORNING, INC. | A | DIV | J | T | | | | | |
| 10 INTEL CORP. | A | DIV | J | T | | | | | |
| 11 ON LABS INC. | A | DIV | J | T | BOT | 11/13/03 | J | | |
| 12 MARSHALL & ILSLEY | A | DIV | K | T | | | | | |
| 13 JUNIPER NETWORKS | A | DIV | J | T | | | | | |
| 14 KOHLS CORP. | A | DIV | K | T | | | | | |
| 15 QUALCOM, INC. | A | DIV | K | T | | | | | |
| 16 LEXMARK INT'L INC. | A | DIV | K | T | BOT | 7/03/03 | K | | |
| 17 U.S. BANK CORP. | A | DIV | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, **TRUST** | | | | | | | | | |
| 1 MEDIMMUNE | A | DIV | J | T | BOT | 12/19/03 | | | |
| 2 MICROSOFT | A | DIV | K | T | BOT | 12/19/03 K | | | |
| 3 NAT. SEMI CONDUCTOR | A | DIV | K | T | BOT | 5/15/03 J | | | |
| 4 NORTHROP GRUMMAN | A | DIV | K | T | | | | | |
| 5 PFIZER | B | DIV | L | T | | | | | |
| 6 ROYAL DUTCH | A | DIV | K | T | | | | | |
| 7 SBC COMMUNICATIONS | B | DIV | K | T | | | | | |
| 8 3M CO. | B | DIV | L | T | | | | | |
| 9 TIME WARNER | A | DIV | K | T | BOT | 5/15/03 K | | | |
| 10 VIACOM | A | DIV | J | T | BOT | 5/15/03 K | | | |
| 11 WAL MART | A | DIV | L | T | | | | | |
| 12 CAMPBELLSPORT WI SCH DIST | B | INT | K | T | | | | | |
| 13 CARROLLTON PUB SCH | A | INT | K | T | | | | | |
| 14 LANE CNTY ORE SCH DIST | A | INT | K | T | BOT | 2/14/03 K | | | |
| 15 NORTHVILL MICH PUB SCH | B | INT | K | T | | | | | |
| 16 RACINE WIS PROM NTS | B | INT | L | T | | | | | |
| 17 WAUWATOSA WIS PROM NTS | B | INT | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 FED TAX FREE OBL | A | INT | L | T | BOT | 12/31/03 | L | | |
| 2 FLEXTRONICS INTL. | A | DIV | J | T | BOT | 10/3/03 | J | | |
| 3 ABBOTT LAB | A | DIV | K | T | | | | | |
| 4 ALTRIA GROUP | C | DIV | L | T | | | | | |
| 5 BP PLC | B | DIV | K | T | | | | | |
| 6 BERKSHIRE HATHAWAY | A | DIV | L | T | | | | | |
| 7 BOSTON SCIENTIFIC | A | DIV | K | T | BOT | 5/15/03 | K | | |
| 8 COCA COLA CO. | A | DIV | K | T | | | | | |
| 9 DISNEY, WALT CO. | A | DIV | J | T | | | | | |
| 10 EXXON MOBIL | B | DIV | L | T | | | | | |
| 11 FED HOUSE LN MTG | B | DIV | L | T | | | | | |
| 12 GEN. ELECTRIC | C | DIV | M | T | | | | | |
| 13 GOLDMAN SACHS | A | DIV | K | T | BOT | 5/15/03 | K | | |
| 14 GUIDANT CORP. | A | DIV | K | T | | | | | |
| 15 INTEL | A | DIV | J | T | | | | | |
| 16 JOHNSON & JOHNSON | A | DIV | L | T | | | | | |
| 17 KOHLS | A | DIV | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets.) | | | | | | | | | |
| 1 LEMAX INTL. | A | DIV | K | T | BOT | 10/3/03 | J | | |
| 2 BMC SOFTWARE | A | DIV | J | T | SLD | 2/12/03 | J | A | |
| 3 CISCO SYS | A | DIV | J | T | SLD | 10/3/03 | J | B | |
| 4 FOX VY TECH COLLEGE | B | INT | K | T | SLD | 4/1/03 | K | A | |
| 5 GUIDANT CORP | A | DIV | K | T | SLD | 2/12/03 | K | A | |
| 6 HCA INC | A | DIV | K | T | SLD | 5/15/03 | K | A | |
| 7 INTEL | A | DIV | J | T | SLD | 5/15/03 | J | A | |
| 8 KIMBERLY CLARK | A | DIV | K | T | SLD | 12/19/03 | K | E | |
| 9 MICROSOFT | A | DIV | J | T | SLD | 10/3/03 | J | A | |
| 10 MICRON TECH | A | DIV | J | T | SLD | 10/3/03 | J | A | |
| 11 FED TAX FREE OBL | A | INT | L | T | SLD | 12/31/03 | L | A | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____5/6/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544